JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMPHONY HOSPICE, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KENNEDY JR., Secretary of Health and Human Services,<br><br>Defendant. | No. 5:25-cv-02498-JFW-PVCx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable John F. Walter<br>United States District Judge |

Upon consideration of the Stipulation for Dismissal of Action with Prejudice (the "Stipulation"), and finding good cause therefor, IT IS ORDERED that the Stipulation for Dismissal is GRANTED, this action is hereby DISMISSED with prejudice. Each party to bear its own costs, fees, and expenses.

Date: December 8, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE